## JOHNSON v. STATE.
### No. 18338.

Court of Criminal Appeals of Texas.
June 10, 1936.

Martin & Moore, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction for betting; punishment, fine of $10.

We find accompanying the record an affidavit in due form made by the appellant requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.